## FIRST DISTRICT.

**The People of the State of Illinois, defendant in error, v. Irving Yuditsky, plaintiff in error. Gen. No. 29,147.**
Prosecution for larceny. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. William E. Helander, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed. Opinion filed February 11, 1925.

Landfield & Levin, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**J. O. Nessen, defendant in error, v. Charles Horn, plaintiff in error. Gen. No. 29,176.**
Motion for order vacating order dismissing bill of complaint for want of equity and for simple dismissal with costs against complainant. Motion granted. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed February 11, 1925. *Certiorari* denied by Supreme Court (making opinion final).

David K. Tone, for plaintiff in error. McCormick, Kirkland, Patterson & Fleming and Good, Childs, Bobb & Wescott, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Joseph Gentkowski and Julia Gentkowski, appellees, v. Pauline Sielski, appellant. Gen. No. 29,223.**
Forcible entry and detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed February 11, 1925.

D. W. Heffron, for appellant; J. H. Perkinson, of counsel. Walter T. Stanton, for appellees; Michael W. Kaveney, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.